■ LOYAL G. LUNDEGARD, Respondent, v VINCENT R. PASSAVIA, Individually and Doing Business as VRP ENTERPRISES, and as SKYLARK CONSTRUCTION, et al., Appellants.—In an action to recover for services performed pursuant to an oral agreement, defendant appeals from a judgment of the Supreme Court, Suffolk County, entered March 29, 1976, which, after a jury trial, is in favor of plaintiff and against him. Judgment affirmed, with costs. The jury's verdict was supported by the evidence adduced at the trial. Titone, Acting P. J., Hawkins, Mollen and O'Connor, JJ., concur.